# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KYLI RODRIGUEZ-CAYRO**, | : | CIVIL ACTION NO. 1:19-MC-337 |
| Plaintiff | : | |
| | : | (Chief Judge Conner) |
| v. | : | |
| **NARCISCO ALEJANDRO RODRIGUEZ-CAYRO**, | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 30th day of May, 2019, upon consideration of the *pro se* motion (Doc. 1) to quash subpoena and for protective order concerning a deposition noticed for today's date for minor witness Z.R.C., and the response (Doc. 3) thereto, and it appearing that both parties identify the minor witness by full name, without redaction or abbreviation as required by the Local Rules of Court, which provide that if "involvement of a minor child must be mentioned, only that child's initials shall be used," LOCAL RULE OF COURT 5.2(d), it is hereby ORDERED that the motion (Doc. 1) and response (Doc. 3) shall be maintained by the Clerk of Court under seal, and the parties are admonished that all future filings shall refer to minor witness Z.R.C. by initials only.[1]

     /S/ CHRISTOPHER C. CONNER
     Christopher C. Conner, Chief Judge
     United States District Court
     Middle District of Pennsylvania

---

[1] Both parties have publicly filed or referenced the minor witness's sensitive medical information. If such filings or references are necessary in the future, we encourage the parties to implement appropriate measures to protect the minor witness's privacy, to include moving to file such matters under seal.